Case 2:22-cv-00255   Document 32   Filed on 05/31/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSA BALDERAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00255 |
| | § | |
| DENIS MCDONOUGH, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's "Order Adopting in Part and Rejecting in Part Memorandum and Recommendation and Granting Summary Judgment" (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on May 31, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE